IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CURTIS HILL,** : | |
|     **Petitioner** : | |
| : | |
|     v. : | **5:03-CR-30 (WDO)** |
| : | |
| **UNITED STATES OF AMERICA,** : | |
|     **Respondent** : | |

**ORDER**

This matter is before the Court on Petitioner's motion for free copies of portions of his file so that he may file a habeas corpus action.  Because Petitioner has not yet filed a habeas action, and has not had a judge determine whether the same is frivolous or with arguable merit, his Motion to Compel is DENIED.  See Skinner v. United States, 434 F.2d 1036 (5th Cir. 1970) ("where a federal prisoner has not attempted to file a petition collaterally attacking his conviction, he is not entitled to obtain copies of court records at the government's expense under 28 U.S.C. 2255 to search the record for possible error"); Hansen v. United States, 956 F.2d 245, 248 (11th Cir. 1992) ("a prisoner is entitled to access to the court files only after he has made a showing that such files are necessary to the resolution of an issue or issues he has presented in a non-frivolous pending collateral proceeding").  Petitioner may however contact the Clerk of Court and request copies of anything in the file and pay the standard 10 cents per page for the copies.

    SO ORDERED this 19th day of April 2006.


    S/
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**