**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CURTIS HILL,** | : | |
| | : | |
|    **Petitioner** | : | |
| | : | |
|    v. | : | **5:03-CR-30 (WDO)** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
|    **Respondent** | : | |

**ORDER**

    This matter is before the Court on Petitioner's latest motion to compel the court reporter who transcribed his trial to produce the opening and closing arguments portions of the transcript so that Petitioner may file a habeas corpus action. First, because Petitioner has not yet filed a habeas action, and has not had a judge determine whether the same is frivolous or with arguable merit, he is not entitled to a free transcript in part or in full. See Skinner v. United States, 434 F.2d 1036 (5th Cir. 1970); Hansen v. United States, 956 F.2d 245, 248 (11th Cir. 1992). Second, pursuant to local Court policy, the opening and closing arguments were not transcribed because neither attorney requested that they be transcribed. The Clerk of Court is instructed to provide Petitioner with an estimate of the charges for transcribing the opening and closing arguments from the electronic recording, after which Petitioner may pay the standard 10 cents per page for the same.

    **SO ORDERED this 17th day of May, 2006.**

        **S/**
        **WILBUR D. OWENS, JR.**
        **UNITED STATES DISTRICT JUDGE**